NUMBER
13-02-537-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

CHRISTOPHER ESTRADA,                                                     Appellant,

 

v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                        On appeal from the 105th District Court 

 of Nueces
County, Texas

__________________________________________________________________

 

                          MEMORANDUM OPINION 

 

                 Before Justices
Rodriguez, Castillo, and Kennedy[1]

                                       Opinion Per Curiam

 








Appellant, CHRISTOPHER ESTRADA, attempted to perfect an
appeal from a judgment entered by the 105th District Court of Nueces County, Texas.   On November 26, 2002, the trial court granted appellant=s motion for new
trial.

The Court, having examined and fully considered the documents on file
and the trial court=s order granting a new
trial, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex.
R. App. P. 47.2(b).

 

Opinion delivered and
filed this

the 9th
day of January, 2003.

 











[1]Retired
Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme
Court of Texas pursuant to Tex. Gov=t Code
Ann. ' 74.003 (Vernon 1998).